IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JESSICA FAYE PUTBRESE<br>Defendant. | Case No. 3:12-CR-32<br><br>JUDGE REEVES |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the Defendant, Jessica Faye Putbrese. The Defendant admits to all of the "Grade C" violations outlined in the Petition. An agreement has been reached between the parties, recommending that the Defendant's supervised release should be revoked, and that she should receive a sentence of eight (8) months of imprisonment to be followed by no term of supervised release. The parties also request that the Defendant be recommended for housing at the Bureau of Prisons facility located in Alderson, West Virginia.

The Defendant waives her right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waives her right to allocute at a revocation hearing, and asks that the agreement of the Defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The violations committed by the Defendant are "Grade C" violations.

The Defendant's criminal history category is IV. The advisory guideline range is 6-12 months, and there is a statutory maximum of 24 months imprisonment. The Court has also considered the factors listed in 18 U.S.C. § 3553(a).

The Court finds that the recommended sentence is sufficient but not greater than necessary to comply with the statutory purpose set forth in 18 U.S.C. § 3553(a). The recommended sentence is within the statutory maximum, is necessary to reflect the seriousness of the offenses committed by the Defendant, promote respect for the law, and deter others who violate supervised release.

Based on the foregoing, the Court concludes that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. § 3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS ORDERED, therefore, that the Defendant's supervised release is hereby REVOKED. The Defendant is sentenced to a term of eight (8) months of imprisonment to be followed by no term of supervised release. It is further recommended that her sentence be served at a Bureau of Prisons facility in Alderson, West Virginia.

ENTER this the 15 day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

_Anne-Marie Svolto_ (Bobby Hutson / by permission)
Anne-Marie Svolto
Assistant U.S. Attorney

_Bobby E. Hutson_
Bobby E. Hutson, Jr.
Assistant Federal Defender

_Jessica Faye Putbrese_
Jessica Faye Putbrese
Defendant

_Jennifer Fletcher_ (Bobby Hutson / by permission)
Jennifer Fletcher
U.S. Probation Officer